```
Aargon Agency Inc
Attn: Bankruptcy
8668 Spring Mountain Road
Las Vegas, NV 89117

Account Resolution Corp
Attn: Bankruptcy
700 Goddard Ave
Chesterfield, MO 63005

Americollect, Inc
Po Box 1566
1851 South Alverno Road
Manitowoc, WI 54221

AssetCare
Attn: Bankruptcy
2222 Texoma Parkway, Suite 180
Sherman, TX 75090

Consumer Collection Management, Inc.
Attn: Bankruptcy
Po Box 1839
Maryland Heights, MO 63043

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

Day Knight
Attn:  Bankruptcy Dept
P O Box 5
Grover, MO 63040

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

IRS
PO Box 7346
Insolvency Unit
Philadelphia, PA 19101

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201
```

```
MCA Management Co
Attn: Bankruptcy
2835a High Ridge Blvd
High Ridge, MO 63049

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804

Midwest Recovery Systems
Attn: Bankruptcy
Po Box 899
Florissant, MO 63032

Missouri Dept of Revenue
301 W High St
Jefferson City, MO 65105

National Health Care Col
Attn: Bankruptcy Dept
153 Chesterfield Business Parkway Ste. 2
Chesterfield, MO 63005

Navient
Attn: Bankruptcy
Po Box 9500
Wilkes-Barre, PA 18773

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

Robert Smith
6100 Saphire Village
Unit 149
St Thomas, VI 00802

St Charles County
Collector of Revenue
201 N Second St
Suite 134
Saint Charles, MO 63301
```

```
Truist
214 N. Tryon St
Charlotte, NC 28202
```