**Fill in this information to identify the case:**

Debtor 1        Julie Smith_____

Debtor 2        _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District Of Missouri

Case number    23-40639_____

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002. 1.

**Name of creditor:** Truist Bank

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account:    0  8  2  5

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[✓] No

[ ] Yes. Date of the last notice: ___/___/_____

## Part 1:    Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | _____ | (1) $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) $ _____ |
| 3. Attorney fees | _____ | (3) $ _____ |
| 4. Filing fees and court costs | _____ | (4) $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) $ _____ |
| 7. Property inspection fees | _____ | (7) $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) $ _____ |
| 11. Other. Specify: (SEE ATTACHED) | (SEE ATTACHED) | (11) $ 790 |
| 12. Other. Specify:_____ | _____ | (12) $ _____ |
| 13. Other. Specify:_____ | _____ | (13) $ _____ |
| 14. Other. Specify:_____ | _____ | (14) $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**

Debtor 1   Julie Smith
           First Name   Middle Name   Last Name

Case number *(if known)* 23-40639

## Part 2:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

◼ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/Christina Moore

Digitally signed by /s/Christina Moore
Date: 2023.05.03 09:47:39 -04'00'

Signature

Print:   Christina Moore
         First Name   Middle Name   Last Name

Title   Bankruptcy Processor

Company   Truist Bank

Address   Bankruptcy Department 306-40-04-95 PO Box 27767
          Number            Street

          Richmond                                   VA      23261
          City                                       State   ZIP Code

Contact phone ( 855 ) 223 – 4641

Email   MortgageBankruptcy@suntrust.com

## CERTIFICATE OF SERVICE

I, Christina Moore, do hereby certify that a true and exact copy of the foregoing Notice of Mortgage Post-Petition Fees was served by United States mail and/or electronic filing on 05/03/2023, addressed as follows:

Debtor:
Julie Smith
108 Timberrun
Saint Peters, MO 63376

Debtor's Atty:
William H. Ridings, Jr.
Ridings Law Firm
2510 S. Brentwood Blvd, Ste. 205
St. Louis, MO 63144

Trustee:
Diana S Daugherty
Po Box 430908
Saint Louis, Mo 63143-0908

/s/Christina Moore
Digitally signed by /s/ Christina Moore
Date: 2023.05.03 09:47:09 -04'00'

Bankruptcy Processor for Truist Bank.

| Group | Specify | Date Incurred | Amount |
|---|---|---|---|
| 11. Other | LIT ATTY FEES | 3/8/2023 | 22.50 |
| 11. Other | LIT ATTY FEES | 3/8/2023 | 7.50 |
| 11. Other | LIT ATTY FEES | 3/8/2023 | 737.50 |
| 11. Other | LIT ATTY FEES | 3/8/2023 | 15.00 |
| 11. Other | LIT ATTY FEES | 3/8/2023 | 7.50 |
| | | | |