## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | ) Case No. 23-40639-659-13 |
| | ) Chapter 13 |
| JULIE SMITH, | ) |
| | ) **CERTIFICATION OF NO RESPONSE** |
| Debtor(s) | ) |

## **CERTIFICATION OF NO RESPONSE**

The undersigned certifies that all entities entitled to notice of the Missouri Department of Revenue's Motion to Dismiss in accordance with Local Bankruptcy Rules have been served with the foregoing Motion and the time for response has passed. No responses have been filed. Movant requests the Court to enter a proposed order.

        Andrew Bailey, Attorney General
        State of Missouri

        By: /s/ Susan L. Lissant
        Susan L. Lissant, MO Bar #56970
        Federal District Bar #: Exempt
        Special Assistant Attorney General
        Missouri Department of Revenue
        General Counsel's Office
        301 W. High Street, Room 670
        P.O. Box 475
        Jefferson City, MO  65105-0475
        (573) 751-5531  FAX (573) 751-7232
        E-mail:  edmoecf@dor.mo.gov
        Attorney for Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Certification of No Response was sent through the Court's ECF system or mailed on May 24, 2023, to the following:

Julie Smith
108 Timberrun
St. Peters, MO 63376

/s/ Susan L. Lissant