**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In The Matter Of: ) | |
| ) | Case Number 23-40639-659 |
| Julie Smith ) | |
| ) | |
| Debtor, ) | Chapter 13 |
| ) | |
| Truist Bank ) | |
| ) | |
| Creditor, ) | |
| ) | |

**NOTICE OF APPEARANCE AND**
**CREDITOR REQUEST FOR NOTICE**

**TO THE CLERK OF THE BANKRUPTCY COURT; DEBTOR, JULIE SMITH; ATTORNEY FOR DEBTOR, WILLIAM H. RIDINGS, JR.; CHAPTER 13 TRUSTEE, DIANA S. DAUGHERTY; AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Millsap & Singer, LLC on behalf of Truist Bank a party in interest in the above-captioned Chapter 13 case, hereby files a Notice of Appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests to be added to the master mailing list.  Pursuant to Rules 2002, 4001 and 9007 of the Federal Rules of Bankruptcy Procedure, Creditor Truist Bank hereby requests that special notice of all matters which may come before the Court be given as follows:

> Millsap & Singer, LLC
> 612 Spirit Drive
> St. Louis, MO  63005
> Telephone  (636) 537-0110
> Facsimile    (636) 537-0067
> bkty@msfirm.com

MS 212770.431876 BK



The foregoing request includes all notice and papers referred to in Rules 2002, 4001 and 9007 of the Federal Rules of Bankruptcy Procedures, and also includes without limitation notices of any orders, applications, complaints, demands, hearings, motions, petitions, requests, plans, disclosure statements, and any other document brought before the Court in this case, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated May 24, 2023

        Respectfully Submitted:
        Millsap & Singer, LLC

        */s/ Cynthia M. Kern Woolverton*
        Cynthia M. Kern Woolverton, #47698, #47698MO
        Eva Marie Kozeny, #40448, #40448MO
        Adam G. Breeze, #60920, #60920MO
        William R. Avery, #68985, #68985MO
        James Eric Todd, #64199, #64199MO
        Pamela B. Leonard, #37027, #37027MO
        612 Spirit Drive
        St. Louis, MO 63005
        Telephone: (636) 537-0110
        Facsimile: (636) 537-0067
        bkty@msfirm.com

        Attorneys for Truist Bank



## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on May 24, 2023, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

                                      */s/ Cynthia M. Kern Woolverton*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

      William H. Ridings, Jr.

      Diana S. Daugherty

      Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

      Julie Smith
      108 Timberrun
      Saint Peters, MO 63376

MS 212770.431876 BK

