UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE:  )  | CASE NO: 23-40639 |
| JULIE SMITH  )  | Chapter 13 |
| )  |  |
| )  | Re: Objection to Notice of Post-Petition |
| )  | Mortgage Fees, Expenses, and Charges |
| )  |  |
| )  | OBJ: 05/05/2023 |
| Debtor  )  |  |

## CERTIFICATION OF NO RESPONSE

The undersigned certifies that all entities entitled to notice of Trustee's Objection to the Notice of Post-petition Mortgage Fees, Expenses, and Charges in accordance with Local Bankruptcy Rules have been served with the foregoing objection and the time for response has passed.  No responses in opposition have been filed or any responses in opposition have been resolved.  Trustee requests the Court enter the attached Order.

ORDOBJPPM--SJC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## ORDER

The Trustee's Objection to the Notice of Post-petition Mortgage Fees, Expenses, and Charges, filed by or on the behalf of TRUIST BANK, for good cause shown, it is accordingly

**ORDERED** that the Chapter 13 Trustee's Objection is **SUSTAINED**.  The Notice of Post-Petition Mortgage Fees, Expenses, and Charges for Claim No. 5 of **TRUIST BANK** is **GRANTED** in that the Itemized Post-Petition Fees, Expenses, and Charges as stated in the Notice of Post-Petition Fees, Expenses, and Charges for Claim No. 5 are **denied.**

*Kathy A. Surratt-States*
**KATHY A. SURRATT-STATES**
**U.S. Bankruptcy Judge**

**DATED: June 7, 2023**
**St. Louis, Missouri**

Copy mailed to:

JULIE SMITH
108 TIMBERRUN
SAINT PETERS, MO  63376

WILLIAM H RIDINGS JR
2510 S BRENTWOOD BLVD STE 205
C/O RIDINGS LAW FIRM
ST LOUIS, MO  63144

TRUIST BANK
PO BOX 27767
BANKRUPTCY/306-40-04-95
RICHMOND, VA  23261-7767

MILLSAP & SINGER PC
612 SPIRIT DR
CHESTERFIELD, MO  63005-1259

Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

TRUIST BANK
111 MILLPORT CIRCLE
ATTN CASH
900-01-01-04
GREENVILLE, SC  29607