**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO: 23-40639 |
| JULIE SMITH ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Notice of Post-Petition |
| ) | Mortgage Fees, Expenses, and Charges |
| ) | |
| ) | OBJ: 05/05/2023 |
| Debtor ) | |

### CERTIFICATION OF NO RESPONSE

The undersigned certifies that all entities entitled to notice of Trustee's Objection to the Notice of Post-petition Mortgage Fees, Expenses, and Charges in accordance with Local Bankruptcy Rules have been served with the foregoing objection and the time for response has passed. No responses in opposition have been filed or any responses in opposition have been resolved. Trustee requests the Court enter the attached Order.

ORDOBJPPM--SJC

/s/ Diana S. Daugherty
Diana S. Daugherty
Standing Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### ORDER

The Trustee's Objection to the Notice of Post-petition Mortgage Fees, Expenses, and Charges, filed by or on the behalf of TRUIST BANK, for good cause shown, it is accordingly

**ORDERED** that the Chapter 13 Trustee's Objection is **SUSTAINED**. The Notice of Post-Petition Mortgage Fees, Expenses, and Charges for Claim No. 5 of **TRUIST BANK** is **GRANTED** in that the Itemized Post-Petition Fees, Expenses, and Charges as stated in the Notice of Post-Petition Fees, Expenses, and Charges for Claim No. 5 are **denied.**

**DATED: June 7, 2023**
**St. Louis, Missouri**

**KATHY A. SURRATT-STATES**
**U.S. Bankruptcy Judge**

Copy mailed to:

JULIE SMITH  
108 TIMBERRUN  
SAINT PETERS, MO  63376

WILLIAM H RIDINGS JR  
2510 S BRENTWOOD BLVD STE 205  
C/O RIDINGS LAW FIRM  
ST LOUIS, MO  63144

TRUIST BANK  
PO BOX 27767  
BANKRUPTCY/306-40-04-95  
RICHMOND, VA  23261-7767

MILLSAP & SINGER PC  
612 SPIRIT DR  
CHESTERFIELD, MO  63005-1259

Diana S. Daugherty  
Standing Chapter 13 Trustee  
P.O. Box 430908  
St. Louis, MO  63143

TRUIST BANK  
111 MILLPORT CIRCLE  
ATTN CASH  
900-01-01-04  
GREENVILLE, SC  29607

United States Bankruptcy Court

Eastern District of Missouri

| | |
|---|---|
| In re: | Case No. 23-40639-kss |
| Julie Smith | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 07, 2023 | Form ID: pdfo2 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julie Smith, 108 Timberrun, Saint Peters, MO 63376-6842 |
| | + | TRUIST BANK, 111 MILLPORT CIRCLE, ATTN CASH, 900-01-01-04, GREENVILLE, SC 29607-5562 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25340418 | + | Email/Text: bankruptcy@bbandt.com | Jun 08 2023 00:18:00 | Truist Bank, P.O. Box 27767, Bankruptcy Department 306-40-04-95, Richmond, VA 23261-7767 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 09, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cynthia M Kern Woolverton | on behalf of Creditor Truist Bank bkty@msfirm.com  cwoolverton@ecf.courtdrive.com |
| Diana S. Daugherty | standing_trustee@ch13stl.com  trust33@ch13stl.com |
| Office of US Trustee | USTPRegion13.SL.ECF@USDOJ.gov |

| | | |
|---|---|---|
| District/off: 0865-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 07, 2023 | Form ID: pdfo2 | Total Noticed: 3 |

Susan L. Lissant
        on behalf of Creditor Missouri Department of Revenue edmoecf@dor.mo.gov

William H. Ridings, Jr.
        on behalf of Debtor Julie Smith ridingslaw2003@yahoo.com

TOTAL: 5